# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | |
|---|---|
| ERBIE D. PERKEY, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 1:10-cv-0073-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration, | * |
| | * |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED with prejudice.

IT IS SO ORDERED this 17th day of November, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE